LAURIE A. TRAKTMAN (SBN 165588)
email: lat@gslaw.org
**GILBERT & SACKMAN**
A LAW CORPORATION
3699 Wilshire Boulevard, Suite 1200
Los Angeles, California 90010
Tel: (323) 938-3000
Fax: (323) 937-9139

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' PENSION PLAN OF SOUTHERN CALIFORNIA, ARIZONA AND NEVADA; BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' HEALTH PLAN OF SOUTHERN CALIFORNIA, ARIZONA AND NEVADA; BOARD OF TRUSTEES OF THE SOUTHERN CALIFORNIA SHEET METAL JOINT APPRENTICESHIP AND TRAINING COMMITTEE; BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' LOCAL 105 RETIREE HEALTH PLAN; BOARD OF TRUSTEES OF THE SOUTHERN CALIFORNIA SHEET METAL WORKERS' 401(A) PLAN; BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' INTERNATIONAL ASSOCIATION, LOCAL UNION NO. 105 UNION DUES CHECK-OFF FUND; AND BOARD OF TRUSTEES OF THE SHEET METAL INDUSTRY FUND OF LOS ANGELES, <br><br> Plaintiffs, <br><br> v. <br><br> ARRAY BUILDERS, INC.; REZA HEDAYAT; and HENGAMEH HAGHI HEDAYAT, individuals, <br><br> Defendants. | Case No. 2:10-cv-3335-RGK (MANx) <br><br> **RENEWAL OF JUDGMENT BY CLERK** <br><br> Location:   Courtroom 850 <br><br> Hon. R. Gary Klausner |

[PROPOSED] RENEWAL OF JUDGMENT BY CLERK

NOW, upon application of plaintiffs, Board of Trustees of the Sheet Metal Workers' Pension Plan of Southern California, Arizona and Nevada; Board of Trustees of the Sheet Metal Workers' Health Plan of Southern California, Arizona and Nevada; Board of Trustees of the Southern California Sheet Metal Joint Apprenticeship and Training Committee; Board of Trustees of the Sheet Metal Workers' Local 105 Retiree Health Plan; Board of Trustees of the Southern California Sheet Metal Workers' 401(A) Plan; Board of Trustees of the Sheet Metal Workers' International Association, Local Union No. 105 Union Dues Check-off Fund; and Board of Trustees of the Sheet Metal Industry Fund of Los Angeles ("Trust Funds" or "Plans"), and upon declaration that judgment debtors, Array Builders, Inc., Reza Hedayat; and Hengameh Haghi Hedayat, jointly and severally ("Defendants") have failed to pay the total amount of said judgment; and that Defendants are indebted to the Plans.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment against Defendants jointly and severally, be renewed in the amount of $55,682.15, which is broken down as follows:

| | | | |
|---|---|---|---|
| a. | Principal: | | $79,705.66 |
| b. | Liquidated Damages: | | $39,369.91 |
| c. | Judgment interest: | | $8,789.64 |
| d. | Attorneys Fees: | | $6,157.30 |
| e. | Costs: | | $0.00 |
| | Subtotal (Judgment as entered): | | $134,022.51 |
| f. | Less credits after judgment: | | $79,705.66 |
| g. | Post-Judgment Interest calculated to reflect the post-Judgment interest rate pursuant to 28 U.S.C. 1961 and Section 6621 of the Internal Revenue Code of 1986 from the date of the original Judgment to September 15, 2020: | | $1,365.30 |

///

///

**GRAND TOTAL:**               $55,682.15

**IT IS SO ORDERED.**

Dated: 9/16/2020

_____
Clerk of Court